**Electronically Filed**
**Supreme Court**
**SCWC-15-0000897**
**23-MAY-2019**
**01:42 PM**

SCWC-15-0000897

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KRAMER JAY SUEKI AOKI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000897 ; CR. NO. 15-1-1027)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kramer Jay Sueki Aoki's application for writ of certiorari filed on April 10, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

